# DOCUMENT 2

Case 15-00068    Doc 1-2    Filed 02/13/15    Page 1 of 2

```
                CIRCUIT COURT FOR BALTIMORE CITY
                        Frank M. Conaway
                    Clerk of the Circuit Court
                         Courthouse East
                      111 North Calvert Street
                            Room 462
                        Baltimore, MD 21202-
            (410)-333-3722, TTY for Deaf: (410)-333-4389
```

W R I T   O F   S U M M O N S   ( P r i v a t e   P r o c e s s )
Case Number: 24-C-15-000154 OT
C I V I L
ZVI GUTTMAN, CHAPTER 7 TRUS. FOR THE BANKRUPTCY EST. OF COMMERCE,LLC, et al vs S

STATE OF MARYLAND, BALTIMORE CITY, TO WIT:

       To: SAUL EWING LLP, A DELAWARE LIMITED LIABILITY PARTNERSHIP
Serve On: Charles O. Monk, Esq Res Agent Saul Ewing LLP
          500 East Pratt Street, Ste 800
          Baltimore, MD 21202

    You are hereby summoned to file a written response by pleading or motion, within 30   days after service of this summons upon you, in this court, to the attached Complaint filed by:  ZVI GUTTMAN, CHAPTER 7 TRUS. FOR THE BANKR
                          POST OFFICE BOX 32308
                          Baltimore, MD 21282

WITNESS the Honorable Chief Judge of the Eighth Judicial Circuit of Maryland

Date Issued:   01/16/15

Frank M. Conaway
Clerk of the Circuit Court, per _____

To the person summoned:

FAILURE TO FILE A RESPONSE WITHIN THE TIME ALLOTTED MAY RESULT IN A JUDGMENT BY DEFAULT OR THE GRANTING OF THE RELIEF SOUGHT AGAINST YOU.

Personal attendance in court on the day named is NOT required.