# DOCUMENT 3

Case 15-00068   Doc 1-3   Filed 02/13/15   Page 1 of 2

CIRCUIT COURT FOR BALTIMORE CITY
Frank M. Conaway
Clerk of the Circuit Court
Courthouse East
111 North Calvert Street
Room 462
Baltimore, MD 21202-
(410)-333-3722, TTY for Deaf: (410)-333-4389

W R I T   O F   S U M M O N S   ( P r i v a t e   P r o c e s s )
Case Number: 24-C-15-000154 OT
C I V I L
ZVI GUTTMAN, CHAPTER 7 TRUS. FOR THE BANKRUPTCY EST. OF COMMERCE,LLC, et al vs S

STATE OF MARYLAND, BALTIMORE CITY, TO WIT:

   To: GARY ESQ EIDELMAN
       500 East Prattt Street, Ste 800
       Baltimore, MD 21202


   You are hereby summoned to file a written response by pleading or motion, within 30   days after service of this summons upon you, in this court, to the attached Complaint filed by:   ZVI GUTTMAN, CHAPTER 7 TRUS. FOR THE BANKR
                                                   POST OFFICE BOX 32308
                                                   Baltimore, MD 21282

WITNESS the Honorable Chief Judge of the Eighth Judicial Circuit of Maryland

Date Issued:  01/16/15

_____
Frank M. Conaway
Clerk of the Circuit Court, per _____


To the person summoned:

FAILURE TO FILE A RESPONSE WITHIN THE TIME ALLOTTED MAY RESULT IN A JUDGMENT BY DEFAULT OR THE GRANTING OF THE RELIEF SOUGHT AGAINST YOU.

Personal attendance in court on the day named is NOT required.