**EXHIBIT "E"**

## AMENDMENT EXTENDING TOLLING AGREEMENT

This Amendment Extending Tolling Agreement ("Amendment") is made and entered into by and between Saul Ewing LLP, a Delaware Limited Liability Partnership, and all of its attorneys on the one hand, and Commerce LLC, Commerce Corporation, and Richard Lessans and all of their current and former members, parents, employees, subsidiaries, affiliates, successors and/or assigns, on the other, for the purpose of amending and extending the Tolling Agreement entered into by the parties effective April 14, 2014 ("Agreement"), as further extended through September 15, 2014.

For good and valuable consideration, the receipt and sufficiency of which the parties hereto expressly acknowledge, the parties agree that the Termination Date, as defined in the Agreement be, and hereby is, amended and extended to and including November 17, 2014. All other provisions of the Agreement remain in effect.

This Amendment constitutes a written and signed modification, amendment, and/or supplementation of the Agreement sufficient to satisfy the requirements of Section 5 of the Agreement and counsel executing this Amendment on behalf of their respective clients represent and warrant that they have the authority to execute such a written and signed modification, amendment, and/or supplementation of the Agreement on their behalf and to otherwise bind their respective clients to the terms and conditions of this Amendment.

_____
William J. Murphy,

Counsel for of Saul Ewing LLP and its attorneys

_____
Aron U. Raskas

Counsel for Zvi Guttman, as Chapter 7 Trustee of
the bankruptcy estate of Commerce, LLC;
Commerce Corporation; and Richard Lessans

4503931.2