

- **Bankruptcy**
- **Adversary**
- **Query**
- **Reports**
- **Utilities**
- **Search**
- **Help**
- **Logout**





```
MIME-Version:1.0
From:BKECF_LiveDB@mdb.uscourts.gov
To:courtmail@mdbdb.mdb.circ4.dcn
Bcc: Daniel.Northrop@dbr.com, Jason.Greenberg@BaltimoreCity.gov,
Kristin.Going@dbr.com, Zvi@zviguttman.com, agrochal@tydingslaw.com,
alazerow@wtplaw.com, araskas@rwlls.com, aryehstein@gmail.com,
astein@meridianlawfirm.com, bankruptcy@shapirosher.com,
bcammarata@tydingslaw.com, jdunsmore@tydingslaw.com, brichmond@fandpnet.com,
cdroswell@nilesbarton.com, chopkin@tydingslaw.com, cmurray@wtplaw.com,
djz@shapirosher.com, dkemp@foxrothschild.com, sniederman@foxrothschild.com,
jsmith@foxrothschild.com, dtorres@mcguirewoods.com, dwatson@hunton.com,
ecf@lf-pc.com, pierce.murphy@lf-pc.com, ecf.alert+Guttman@titlexi.com,
zviguttman@outlook.com, ecf1drescherlaw@gmail.com, ecf2drescherlaw@gmail.com,
ecf@drescherlaw.com, myecfdrescher@gmail.com, ecfdrescherlaw@gmail.com,
ehirsch@polsinelli.com, ejd@shapirosher.com, lmt@shapirosher.com,
msw@shapirosher.com, fpress@pressdozierlaw.com, gduvall@linowes-law.com,
gerard.r.vetter@usdoj.gov, ghauswirth@leechtishman.com,
dtomko@leechtishman.com, hlevin@thompsoncoburn.com, iwalker@coleschotz.com,
jcrjuris@aol.com, jdegraffenreid@hunton.com, jdglaw@verizon.net,
jeremy.friedberg@lf-pc.com, jhamelburg@pressdozierlaw.com,
mmourao@pressdozierlaw.com, jreid@pressdozierlaw.com,
mmann@pressdozierlaw.com, jselba@lsimpsonlaw.com, jvanhorn@mcguirewoods.com,
jvidmar@yvslaw.com, kevin.kobbe@dlapiper.com, kkarstetter@coleschotz.com,
klevie@linowes-law.com, jwright@linowes-law.com, mdevoll@linowes-law.com,
ksiracusa@milesstockbridge.com, jlmcneill@shapirosher.com,
lpolt@adelbergrudow.com, lucian@blankrome.com, mbole@gebsmith.com,
mfgreenberg@nilesbarton.com, mkivitz@aol.com, mlentz@fandpnet.com,
nlevitsky@foxrothschild.com, pcarothers@leechtishman.com,
pjs@wisedonahue.com, pmd@WiseDonahue.com, rjarboe@lsimpsonlaw.com,
rnotton@ghsllp.com, spozefsky@polsinelli.com, mleeling@polsinelli.com,
dcdocketing@polsinelli.com, lipayne@polsinelli.com, t_pajardo@hotmail.com,
theresa.mackey@stinsonleonard.com, tom.lerner@stokeslaw.com,
tracey.ohm@stinsonleonard.com, wscalley@yvslaw.com, psweeney@yvslaw.com,
pgomez@yvslaw.com, yvslawcmecf@gmail.com, zguttman@gmail.com,
zviguttman@gmail.com, dfarrell@thompsoncoburn.com, lstevens@yvslaw.com,
maria.thompson1@usb.com, mark.a.neal@usdoj.gov, mruark@saul.com,
notices@becket-lee.com, tina.secrest@usbank.com
Do not notice for BK case:
```

```
Message-Id:<31205557@mdb.uscourts.gov>
Subject:13-12598 Amended Motion - CH7 - Commerce LLC
```
Content-Type: text/html

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

## U.S. Bankruptcy Court

## District of Maryland

Notice of Electronic Filing

The following transaction was received from Zvi Guttman entered on 12/10/2014 at 12:18 PM EST and filed on 12/10/2014
**Case Name:**         Commerce LLC
**Case Number:**       13-12598
**Document Number:** 464

**Docket Text:**
Amended Motion for Expanded Authority To Employ Special Counsel For Trustee On Contingent Fee Basis Filed by Zvi Guttman (related document(s)[195] Application to Employ filed by Trustee Zvi Guttman). (Attachments: # (1) Certificate of Service # (2) Exhibit A and B # (3) Proposed Order) (Guttman, Zvi)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Weiner (Amended) Application for Authority to Employ.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1013806484 [Date=12/10/2014] [FileNumber=31205555-0] [9d7a58b4931664d114ee45edfbf294e6fd80b203195efbc89e7f6875646613986 d3c4a41815d260ce095d95d3fcd629447a5e12f71a755c49e48acfb270d002e]]
**Document description:** Certificate of Service
**Original filename:** C:\fakepath\Weiner (Amended) Application for Authority to Employ COS.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1013806484 [Date=12/10/2014] [FileNumber=31205555