

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

OPEN

Richard Lessans, CEO
Commerce Corporation
7603 Energy Parkway
Baltimore, MD 21226

| | |
|---|---|
| Invoice Number | 2184627 |
| Invoice Date | 01/18/13 |
| Client Number | 945545 |
| Matter Number | 00028 |

Re:   Dispute with Malcomb Cork

FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/12:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 12/04/12 | KAM | REDACTED | 0.3 | 148.50 |
| 12/04/12 | GBE | | 0.5 | 262.50 |
| 12/04/12 | GMG | | 0.1 | 29.50 |
| 12/05/12 | GBE | | 0.5 | 262.50 |
| 12/06/12 | GBE | | 0.8 | 420.00 |
| 12/06/12 | HRP | | 0.7 | 185.50 |
| 12/07/12 | GBE | | 0.6 | 315.00 |
| 12/07/12 | HRP | | 4.2 | 1,113.00 |
| 12/09/12 | GBE | | 0.2 | 105.00 |
| 12/10/12 | GBE | | 1.0 | 525.00 |
| 12/11/12 | KAM | | 0.3 | 148.50 |
| 12/11/12 | GBE | | 0.8 | 420.00 |

**EXHIBIT B**

945545  Commerce Corporation  Invoice Number 2184627
00028  Dispute with Malcomb Cork  Page 2
01/18/13

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 12/11/12 | GMG | REDACTED | 0.2 | 59.00 |
| 12/11/12 | HRP | | 0.3 | 79.50 |
| 12/12/12 | KAM | | 0.3 | 148.50 |
| 12/12/12 | GBE | | 0.5 | 262.50 |
| 12/12/12 | GMG | | 0.2 | 59.00 |
| 12/12/12 | HRP | | 0.2 | 53.00 |
| 12/17/12 | KAM | | 0.3 | 148.50 |
| 12/17/12 | GBE | | 1.0 | 525.00 |
| 12/17/12 | GMG | | 0.5 | 147.50 |
| 12/18/12 | GMG | | 0.1 | 29.50 |
| 12/19/12 | GBE | | 0.3 | 157.50 |
| 12/21/12 | KAM | | 1.0 | 495.00 |
| 12/21/12 | GBE | | 2.0 | 1,050.00 |
| 12/21/12 | BFL | | 0.6 | 315.00 |
| 12/21/12 | GMG | | 0.1 | 29.50 |

945545  Commerce Corporation  Invoice Number 2184627
00028  Dispute with Malcomb Cork  Page 3
01/18/13

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 12/21/12 | AHS | REDACTED | 3.4 | 1,275.00 |
| 12/26/12 | GBE | | 1.0 | 525.00 |
| 12/27/12 | GBE | | 0.2 | 105.00 |
| 12/27/12 | GMG | | 0.1 | 29.50 |
| 12/27/12 | HRP | | 1.1 | 291.50 |
| 12/28/12 | GMG | | 0.1 | 29.50 |
| 12/31/12 | GBE | | 0.5 | 262.50 |
| | | TOTAL HOURS | 24.0 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Geoffrey M. Gamble | 1.4 | at | $295.00 | = | 413.00 |
| Heather R. Pruger | 6.5 | at | $265.00 | = | 1,722.50 |
| Barry F. Levin | 0.6 | at | $525.00 | = | 315.00 |
| Gary B. Eidelman | 9.9 | at | $525.00 | = | 5,197.50 |
| Kimberly A. Manuelides | 2.2 | at | $495.00 | = | 1,089.00 |
| Andrew H. Segall | 3.4 | at | $375.00 | = | 1,275.00 |

CURRENT FEES                                                        10,012.00

FOR COSTS ADVANCED AND EXPENSES INCURRED:

Federal Express                                                          9.15
CURRENT EXPENSES                                                         9.15

945545  Commerce Corporation                     Invoice Number 2184627
00028   Dispute with Malcomb Cork                Page 4
01/18/13

|                                   |           |
|-----------------------------------|----------:|
| TOTAL AMOUNT OF THIS INVOICE      | 10,021.15 |
| NET AMOUNT OF THIS INVOICE        | 10,021.15 |
| PRIOR BALANCE DUE                 | 11,184.50 |
| TOTAL BALANCE DUE UPON RECEIPT    | 21,205.65 |



Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

Invoice Date: 01/18/13     Invoice No.: 2184627     Client/Matter No.: 945545.00028

For professional services rendered through 12/31/12

| | |
|---|---|
| Professional Charges | $ 10,012.00 |
| Expenses | $ 9.15 |
| TOTAL AMOUNT DUE FOR THIS INVOICE | $ 10,021.15 |
| NET AMOUNT DUE FOR THIS INVOICE | $ 10,021.15 |

THIS INVOICE IS PAYABLE UPON RECEIPT.

For inquiries regarding your payment please provide the following information:
Contact Name: _____
Telephone Number: _____

**Please return this page with your remittance to:**
Saul Ewing LLP
Centre Square West
1500 Market Street, 38th Floor
ATTN: Linda Gonczy
Philadelphia, PA 19102-2186

**Wiring Instructions**
Bank: PNC Bank, N.A.; Philadelphia, PA
Routing/ABA #: 031000053
Account Title: Saul Ewing LLP/ Acct #: 8610441299
Text: Client/Matter_____/_____