# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

*OPEN*

Richard Lessans, CEO
Commerce Corporation
7603 Energy Parkway
Baltimore, MD 21226

| | |
|---|---|
| Invoice Number | 2186899 |
| Invoice Date | 02/15/13 |
| Client Number | 945545 |
| Matter Number | 00028 |

Re: Dispute with Malcomb Cork

FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/13:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 01/02/13 | GBE | REDACTED | 0.5 | 275.00 |
| 01/02/13 | AHS | | 1.3 | 513.50 |
| 01/03/13 | GBE | | 0.5 | 275.00 |
| 01/03/13 | AHS | | 0.8 | 316.00 |
| 01/04/13 | GBE | | 0.2 | 110.00 |
| 01/04/13 | AHS | | 0.2 | 79.00 |
| 01/08/13 | GBE | | 0.3 | 165.00 |
| 01/10/13 | GBE | | 0.3 | 165.00 |
| 01/11/13 | GBE | | 0.5 | 275.00 |
| 01/11/13 | AHS | | 1.3 | 513.50 |
| 01/14/13 | GBE | | 0.5 | 275.00 |
| 01/14/13 | AHS | | 0.4 | 158.00 |
| 01/15/13 | AHS | | 1.3 | 513.50 |

Saul Ewing LLP
500 East Pratt Street ♦ Baltimore, MD 21202-3133 ♦ Phone: (410) 332-8600 ♦ Fax: (410) 332-8862

DELAWARE   MARYLAND   MASSACHUSETTS   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

**EXHIBIT C**

945545  Commerce Corporation  Invoice Number 2186899
00028  Dispute with Malcomb Cork  Page 2
02/15/13

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 01/16/13 | GBE | REDACTED | 0.5 | 275.00 |
| 01/16/13 | AHS | | 0.8 | 316.00 |
| 01/17/13 | GBE | | 1.0 | 550.00 |
| 01/17/13 | HRP | | 0.2 | 57.00 |
| 01/17/13 | AHS | | 3.8 | 1,501.00 |
| 01/18/13 | GBE | | 2.0 | 1,100.00 |
| 01/18/13 | HRP | | 0.5 | 142.50 |
| 01/18/13 | AHS | | 4.2 | 1,659.00 |
| 01/20/13 | GBE | | 0.2 | 110.00 |
| 01/21/13 | GBE | | 0.2 | 110.00 |
| 01/22/13 | AHS | | 0.4 | 158.00 |
| 01/24/13 | AHS | | 0.6 | 237.00 |
| 01/31/13 | AHS | | 0.7 | 276.50 |

TOTAL HOURS  23.2

945545  Commerce Corporation  Invoice Number 2186899
00028   Dispute with Malcomb Cork  Page 3
02/15/13

## TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Heather R. Pruger | 0.7 | at | $285.00 | = | 199.50 |
| Gary B. Eidelman | 6.7 | at | $550.00 | = | 3,685.00 |
| Andrew H. Segall | 15.8 | at | $395.00 | = | 6,241.00 |

CURRENT FEES                                   10,125.50

TOTAL AMOUNT OF THIS INVOICE                   10,125.50

NET AMOUNT OF THIS INVOICE                     10,125.50

PRIOR BALANCE DUE                              10,021.15

TOTAL BALANCE DUE UPON RECEIPT                 20,146.65



Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

Invoice Date: 02/15/13    Invoice No.: 2186899    Client/Matter No.: 945545.00028

For professional services rendered through 01/31/13

Professional Charges .................................................................................................. $ 10,125.50

TOTAL AMOUNT DUE FOR THIS INVOICE ................................................... $ 10,125.50

NET AMOUNT DUE FOR THIS INVOICE ....................................................... $ 10,125.50

THIS INVOICE IS PAYABLE UPON RECEIPT.

For inquiries regarding your payment please provide the following information:
Contact Name: _____
Telephone Number: _____

**Please return this page with your remittance to:**
Saul Ewing LLP
Centre Square West
1500 Market Street, 38th Floor
ATTN: Linda Gonczy
Philadelphia, PA 19102-2186

**Wiring Instructions**
Bank: PNC Bank, N.A.; Philadelphia, PA
Routing/ABA #: 031000053
Account Title: Saul Ewing LLP/ Acct #: 8610441299
Text: Client/Matter_____/_____

Saul Ewing LLP
500 East Pratt Street ♦ Baltimore, MD 21202-3133 ♦ Phone: (410) 332-8600 ♦ Fax: (410) 332-8862

DELAWARE    MARYLAND    MASSACHUSETTS    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP